UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONNIE L. THELEN,

      Plaintiff(s),                        Case No. 05-70547

v.                                          HONORABLE AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

CITY OF HAMTRAMCK, et al,

      Defendant(s).
_____/

### ORDER OF DISMISSAL

Upon review of the above mentioned case filed on November 10, 2005, and no response being filed to the Order to Show Cause entered on May 11, 2006;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** according to Local Rule 41.2 for lack of prosecution.

Dated: June 6, 2006                s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record and Connie Thelen, 608 Ottawa Street, St. John, MI 48879 on this date, June 6, 2006, by electronic and/or ordinary mail.

                                                    s/Julie Owens
                                                    Case Manager
                                                    (313) 234-5160